No. 10–8179. PIERRE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8180. PARK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8181. PERKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8187. CVIJETINOVIC *v.* EBERLIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8189. DURANT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8191. DAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8192. JACKSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8193. LOPEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–8194. MARTIN *v.* MCQUIGGIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8197. MATTOX *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8198. ALDRIDGE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8199. BROWN *v.* CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8201. BROOKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8202. BROWN *v.* BRADSHAW, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 10–8204. BAEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.